EMMA V. CORNING, Appellant, *v.* PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent.

Argued March 12, 1937; decided April 20, 1937.

*James D. Brown, Frank J. McConnell, Karl S. Mayhew* and *Lester B. Donahue* for appellant.

*Merwin F. Le Vine* and *Solon Weit* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN. HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.